```
1  McGREGOR W. SCOTT
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA  93721
   Telephone: (559) 497-4000
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) Case No. 1:08-cr-00038 AWI
                                )
12             Plaintiff,       ) STIPULATION AND ORDER THEREON
                                ) FOR CONTINUANCE
13       v.                     )
                                ) Date:  March 31, 2008
14 PEDRO GALVAN-RODRIGUEZ,      ) Time:  9:00 a.m.
                                ) Judge: Honorable Anthony W. Ishii
15             Defendant.       )
   _____)
16
```

17      IT IS HEREBY STIPULATED by and between McGregor W. Scott,
18 United States Attorney and Ian L. Garriques, Assistant U.S.
19 Attorney and Robert W. Rainwater, attorney for defendant, Pedro
20 Galvan-Rodriguez, that the status conference currently scheduled
21 for March 17, 2008, be continued to **March 31, 2008** at 9:00 a.m.
22 The parties agree that the delay from the continuance shall be
23 excluded from the calculation of time under the Speedy Trial Act
24 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
25      The reason for the continuance is to allow time for the
26 preparation of a pre-plea presentence report and further plea
27 negotiations.  The parties stipulate that the ends of justice are
28 served by the Court excluding such time, so that counsel for

defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Dated: March 11, 2008              Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                              By:  /s/ Ian L. Garriques
                                   IAN L. GARRIQUES
                                   Assistant U.S. Attorney


                                   DANIEL J. BRODERICK
                                   Federal Defender

Dated: March 11, 2008              /s/ Robert W. Rainwater
                                   ROBERT W. RAINWATER
                                   Attorney for Defendant


**O R D E R**

   **IT IS SO ORDERED**.  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 12, 2008**              **/s/ Anthony W. Ishii**
                                   UNITED STATES DISTRICT JUDGE